IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMISHA HOPKINS, | : |
| *Plaintiff* | : CIVIL ACTION |
| v. | : |
| | : NO. 18-2063 |
| I.C. SYSTEMS, INC., | : |
| *Defendant* | : |

# ORDER

**AND NOW**, this 20th day of May, 2020, upon consideration of Defendants' motion for summary judgment (Doc. No. 50), Plaintiff's opposition (Doc. No. 51), and Defendants' Reply (Doc. No. 53), it is hereby **ORDERED** that the motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE